McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
Pamela L. McGaha
Nevada Bar No. 8181
*pamela.mcgaha@mccormickbarstow.com*
Mandy Vogel
Nevada Bar No. 16150
*mandy.vogel@mccormickbarstow.com*
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101

Attorneys for Defendant LM General Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN HANSON,<br><br>Plaintiff,<br><br>v.<br><br>LM GENERAL INSURANCE COMPANY, an insurance company; DOES 1-25 and XYZ Corporations 1-25, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00671-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND STAY OF LITIGATION** |

Plaintiff, Ryan Hanson, and Defendant, LM General Insurance Company ("LM General"), hereinafter collectively referred to as "the Parties" hereby stipulate to the following and move the Court accordingly:

1. The parties mediated this case on November 19, 2026 with Hon. James Hardesty (Ret). The case did not settle at mediation but the parties continue to have ongoing confidential settlement discussion through Justice Hardesty.

2. The Parties have agreed to extend the stay of all proceedings in this action, including all discovery and other case-related deadlines, while discussions continue. The parties respectfully

request that the Court extend the previous Stipulation (ECF No. 10), granted by Order of this Court (ECF No. 11), through December 4, 2026. The stay shall also encompass and include all briefing and deadlines related to Plaintiff's Motion to Remand (ECF No. 9) and Plaintiff's Motion for Partial Summary Judgment (ECF No. 10).

3. Within fourteen (14) days following December 4, 2026, i.e. December 18, 2026, the Parties will submit a joint status report to the Court advising the Court of the result of the ongoing mediation discussions and, if necessary, proposing either (a) a discovery plan and amended scheduling order, or (b) a schedule for completion of the settlement.

**IT IS SO MOVED AND STIPULATED:**

November 23, 2026

By *\/s/Sean P. Rose*

Sean P. Rose, Nevada Bar No. 5472
ROSE LAW
150 W. Huffaker Lane, Suite 101
Reno, NV 89511
Tel. (775) 777-7777

Thomas R. Brennan, Nevada Bar No. 481
BRENNAN LAW OFFICE
1870 Carlentini Court
Reno, NV 89519
Tel. (775) 247-1998

Travis Gerber, Nevada Bar No. 8083
Zachary Gerber, Nevada Bar No. 13128
GERBER LEGAL
491 4th Street
Elko, NV 89801
Telephone: (775) 738-9258

Attorneys for Plaintiff, Ryan Hanson

November 23, 2026

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By *<u>/s/Jonathan W. Carlson</u>*

Jonathan W. Carlson, Nevada Bar No. 10536
Pamela L. McGaha, Nevada Bar No. 8181
Mandy Vogel, Nevada Bar No. 16150
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant LM General Insurance Company

**<u>ORDER</u>**

**IT IS SO ORDERED.**

DATED this <u>23rd</u> day of November, 2026

By ______________________________
UNITED STATE DISTRICT COURT JUDGE

17179050.1